MONTGOMERY, DIRECTOR, CALIFORNIA
DEPARTMENT OF SOCIAL WELFARE,
ET AL. *v.* BURNS ET AL.

No. 438.   Decided May 5, 1969.

*Thomas C. Lynch,* Attorney General of California,
and *Elizabeth Palmer* and *Donald B. Day,* Deputy
Attorneys General, for appellants.

PER CURIAM.

The motion of appellees for leave to proceed *in forma
pauperis* is granted.   The motion to affirm is granted
and the judgment is affirmed.

MR. JUSTICE BLACK dissents for the reasons given in
the dissenting opinion of THE CHIEF JUSTICE in *Shapiro*
v. *Thompson, ante,* p. 644.

MR. JUSTICE HARLAN dissents for the reasons given in
his dissenting opinion in *Shapiro* v. *Thompson, ante,*
p. 655.